1  JULIE A. MERSCH, ESQ.
   Nevada Bar No. 004695
2  LAW OFFICE OF JULIE A. MERSCH
   701 So. Seventh Street
3  Las Vegas, NV  89101
   (702) 387-5868
4  Fax: (702) 387-0109
   jam@merschlaw.com
5  Attorney for Plaintiff

6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8  BRENDA LINDER,                      )  CASE NO.: 2:09-cv-02245-LRH-LRL
                                       )
9           Plaintiff,                 )
                                       )
10    vs.                              )  **AMENDED STIPULATION AND**
                                       )  **ORDER FOR DISMISSAL WITH**
11 PRUDENTIAL INSURANCE COMPANY        )  **PREJUDICE**
   OF AMERICA, as Claims Administrator )
12 for Merck-Medco Short and Long-Term )
   Disability Income Plans; DOES I through V; )
13 and ROE CORPORATIONS I through V,   )
   inclusive,                          )
14                                     )
            Defendants.                )
15                                     )
                                       )
16 _____

17      Plaintiff BRENDA LINDER and Defendant PRUDENTIAL INSURANCE

18 COMPANY OF AMERICA, by and through their respective counsel, hereby stipulate to

19 / / / /

20 / / / /

21 / / / /

22 / / / /

23 / / / /

24 / / / /

25 / / / /

26 / / / /

27 / / / /

28 / / / /

1 dismiss this entire matter, with prejudice, each party to bear their own costs and attorneys' fees.

2     IT IS SO STIPULATED.

4 DATED this 23rd day of July, 2010.      DATED this 23rd day of July, 2010.

5 LAW OFFICE OF JULIE MERSCH     HOLLAND & HART, LLP

7 By:   /s/ Julie A. Mersch       By:   /s/ Deanna C. Brinkerhoff  
    Julie A. Mersch, Esq.                 Anthony R. Hall, Esq.
8     701 South 7th Street                  Berna L. Rhodes-Ford, Esq.
    Las Vegas, NV 89101                 Deanna C. Brinkerhoff, Esq.
9     (702) 387-5868                         3800 Howard Hughes Pkwy., 10th Fl.
    Attorney for Plaintiff                  Las Vegas, NV 89169
10                                                                 Attorneys for Defendant

13                               **IT IS SO ORDERED.**

14                               Dated this 26 day of   July  , 2010.

16                               Gloria M. Navarro
                              United States District Judge

20 W:\LINDER\PLDGS\Amended.Stip2Dismiss.wpd